Carmen A. Trutanich, City Attorney (SBN 86629)
Gary G. Geuss, Chief Assistant Attorney (SBN 129022)
Laurie Rittenberg, Managing Assistant City Attorney (SBN 106683)
200 North Main Street, Room 916
Los Angeles, CA 90012-4129
Telephone: (213) 473-6870
Facsimile: (213) 473-6818

Deborah J. Fox (SBN 110929)
Dawn A. McIntosh (SBN 162713)
MEYERS, NAVE, RIBACK, SILVER & WILSON
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 626-2906
Facsimile: (213) 626-0215
dfox@meyersnave.com
dmcintosh@meyersnave.com

Attorneys for Defendant
CITY OF LOS ANGELES

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL-LEE ZUVICH, an individual; MATTHEW DOWD, an individual; VIKKI HILL, an individual; KENNETH SIMPSON, an individual; STACEY YOUNG, an individual,<br><br>        Plaintiffs,<br>v.<br><br>CITY OF LOS ANGELES, a municipal corporation,<br><br>        Defendant. | CASE NO. CV 11-06832 DDP(AJWx)<br>[Filed: August 19, 2011]<br><br>JUDGMENT<br><br><u>Hearing:</u><br>Date: May 21, 2012<br>Time: 10:00 a.m.<br>Crtrm: 3 Hon. Dean D. Pregerson |

This action came on for hearing on May 21, 2014 before the Hon. Dean D. Pregerson, District Judge, Central District of California. Deborah J. Fox and Dawn A. McIntosh of Meyers Nave appeared on behalf of Defendant, the City of Los Angeles. Stephen F. Rohde of Rohde and Victoroff appeared on behalf of Plaintiffs Zuvich, Dowd and Young. Plaintiffs Vikki Hill and Kenneth Simpson appeared on their own behalf.

The Court, having considered all papers filed in support and in opposition, and oral arguments, hereby GRANTS defendant's Motion for Summary Judgment as to all of Plaintiffs' claims set forth in their Complaint.

DATED: September 19, 2012

_____
HON. DEAN D. PREGERSON
United States District Judge
Central District of California

1858415.1
827.028