1  Carmen A. Trutanich, City Attorney (SBN 86629)
   Gary G. Geuss, Chief Assistant Attorney (SBN 129022)
2  Laurie Rittenberg, Managing Assistant City Attorney (SBN 106683)
   200 North Main Street, Room 916
3  Los Angeles, CA  90012-4129
   Telephone:   (213) 473-6870
4  Facsimile:    (213) 473-6818

5
   Deborah J. Fox (SBN 110929)
6  Dawn A. McIntosh (SBN 162713)
   MEYERS, NAVE, RIBACK, SILVER & WILSON
7  633 West Fifth Street, Suite 1700
   Los Angeles, CA 90071
8  Telephone:   (213) 626-2906
   Facsimile:    (213) 626-0215
9  dfox@meyersnave.com
   dmcintosh@meyersnave.com                            JS-6
10

11 Attorneys for Defendant
   CITY OF LOS ANGELES
12

13                    UNITED STATES DISTRICT COURT

14                   CENTRAL DISTRICT OF CALIFORNIA

15

16 | CAROL-LEE ZUVICH, an individual; | CASE NO. CV 11-06832 DDP(AJWx) |
   | MATTHEW DOWD, an individual; | [Filed: August 19, 2011] |
17 | VIKKI HILL, an individual; KENNETH | |
   | SIMPSON, an individual; STACEY | JUDGMENT |
18 | YOUNG, an individual, | |
19 |                                  | Hearing: |
   |            Plaintiffs,           | Date:   May 21, 2012 |
20 | v.                               | Time:   10:00 a.m. |
   |                                  | Crtrm:  3 Hon. Dean D. Pregerson |
21 |                                  | |
22 | CITY OF LOS ANGELES, a municipal | |
   | corporation,                     | |
23 |                                  | |
   |            Defendant.            | |
24

25

26

27

28

                                              [PROPOSED] JUDGMENT

1  This action came on for hearing on May 21, 2014 before the Hon. Dean D. Pregerson, District Judge, Central District of California. Deborah J. Fox and Dawn A. McIntosh of Meyers Nave appeared on behalf of Defendant, the City of Los Angeles. Stephen F. Rohde of Rohde and Victoroff appeared on behalf of Plaintiffs Zuvich, Dowd and Young. Plaintiffs Vikki Hill and Kenneth Simpson appeared on their own behalf.

The Court, having considered all papers filed in support and in opposition, and oral arguments, hereby GRANTS defendant's Motion for Summary Judgment as to all of Plaintiffs' claims set forth in their Complaint.

DATED: September 19, 2012

_____
HON. DEAN D. PREGERSON
United States District Judge
Central District of California

1858415.1
827.028